**NJID CH-9048**
PHELAN HALLINAN & DIAMOND, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>JOSEPH BIH MBEH | : CHAPTER 7 |
| | : CASE NO. 13-34742-NLW |
| Debtor | **: NOTICE OF MOTION FOR<br>: RELIEF FROM<br>: STAY** |

JOSEPH BIH MBEH
470 7TH AVENUE SUITE 312
NEW YORK, NY 10018

JOSHUA H RAYMOND, Esquire
347 MT PLEASANT AVE
SUITE 300
WEST ORANGE, NJ 07052

STACEY L. MEISEL, Trustee
EISENHOWER PLAZA II, 354
EISENHOWER PKWY, STE 1500
LIVINGSTON, NJ 07039

PLEASE TAKE NOTICE that on January 27, 2014, at 9:00 a.m. or as soon as counsel may be heard, the undersigned attorney for the secured creditor will move before the United States Bankruptcy Court, 50 WALNUT ST., 3RD FLOOR, NEWARK, New Jersey for an Order Vacating the Automatic Stay , with respect to property located at 294 RANDOLPH AVENUE, JERSEY CITY, NJ 07304 and allowing the Attorney for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION to proceed with contractual remedies or other remedies that may be available under state law .

**PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the Movant will rely upon the Certification in Support and the proposed Order submitted herewith, as well as, oral arguments, if necessary. Pursuant to D.N.J. LBR 9013-2, Movant states that no brief or memorandum of law is necessary because of the absence of novel or complex questions of law. However, if responsive papers are filed in opposition to the

Motion, the Movant reserves the right to respond to any issues of law raised therein in the form of a brief or a memorandum of law.

Dated: December 26, 2013

/s/ Jennifer Gorchow
Jennifer Gorchow, Esq.
Phelan Hallinan & Diamond, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 7649
Fax: 856-813-5501
Email: jennifer.gorchow@phelanhallinan.com