UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 13-34742 |
| JOSEPH BIH MBEH | : | Chapter: | 7 |
| | : | Judge: | Gambardella |
| Debtor(s) | : | | |

## AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ☑ Schedule D - Creditors holding secured claims **($30.00 fee required*)**
- ☐ Schedule E - Creditors holding unsecured priority claims **($30.00 fee required*)**
- ☐ Schedule F - Creditors holding unsecured claims **($30.00 fee required*)**
- ☐ Schedule G – Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☑ List of Creditors (Matrix) **($30.00 fee required*)**

**IMPORTANT –** In order to receive official notices, parties added to Schedule G or H and not previously included in Schedules D, E, F or the List of Creditors, must be added to the List of Creditors.

---

The List or Schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

Add to Schedule D:

BM Motor Cars
1453 Lawrence Street
Rahway, NJ 07065
Amount of Claim: $10,866.68

I certify under penalty of perjury that the above information is correct.

Dated: 12/31/13 Debtor's signature: /s/ Jospeh Bih Mbeh

Dated: ____________ Debtor's signature: ______________________________

* Schedules D, E, F and the List of Creditors may be amended simultaneously, thereby incurring only one $30 fee.

*rev.12/1/12*