| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Joshua H. Raymond<br>*Counsel to Joseph Bih Mbeh* |
| In re:<br><br>JOSEPH BIH MBEH,<br><br>Debtor. |

Case No. 13-34742-NLW

Chapter 7

## CERTIFICATION OF SERVICE

1. I, Marybeth Massoud:

   ❒ represent the ______________________ in the above-captioned matter.

   ☑ am a paralegal employed by the firm of Trenk, DiPasquale, Della Fera & Sodono, P.C., counsel to Joseph Bih Mbeh, the above Debtor.

   ❒ am the ____________________ in the above case and am representing myself.

2. On January 8, 2014, under cover of a letter dated January 8, 2014, I sent copies of the following documents to the party listed in the chart below:

   (a) *Amendment to Schedules D*;

   (b) *Order Respecting Amendment to List of Creditors* (Doc. No. 11);

   (c) *Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines*; and

   (d) *Proof of Claim* form.

I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: January 8, 2014

*/s/ Marybeth Massoud*
MARYBETH MASSOUD

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BM Motor Cars<br>1453 Lawrence Street<br>Rahway, NJ 07065 | *Affected Creditor* | ❐ Hand-delivered<br>☑ Regular mail<br>❐ Certified mail/RR<br>❐ E-mail<br>❐ Notice of Electronic Filing (NEF)<br>❐ Other __________<br>(as authorized by the court *) |

837277_1.DOCX