UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL, LAMBERT, WEISS, WEISMAN & GORDON, LLP
80 Main Street
West Orange, N.J. 07052
973-325-8800
Sean O'Brien, Esq.
Attorney for Secured Creditor, HSBC Bank USA, National Association, as Trustee on behalf of the certificate holders of the Deutsche Bank Alt-A Securities Mortgage Loan Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007-AR1

In Re:

**Joseph Bih Mbeh**,

Debtor

Case No.: **13-34742-NLW**

CHAPTER 7

Judge: Novalyn L. Winfield

Hearing Date: **3/10/14 @ 9:00 AM**

**NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY**

TO:

Joseph Bih Mbeh
470 7th Ave, Suite 312
New York, NY 10018
DEBTOR

Joshua H. Raymond, Esq
347 Mt. Pleasesant Ave., Suite 300
West Orange, NJ 07052
ATTORNEY FOR DEBTORS

Stacey L. Meisel
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
TRUSTEE

TO EACH OF THE ABOVE NAMED PARTIES:

HSBC Bank USA, National Association, as Trustee on behalf of the certificate holders of the Deutsche Bank Alt-A Securities Mortgage Loan Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007-AR1 has filed papers with the Court to vacate the automatic stay as it relates to the property commonly known as 294 Forrest Street, Jersey City, NJ 07304, currently

owned by the debtors and made part of this bankruptcy.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to vacate the automatic stay as it relates to the property commonly known as 294 Forrest Street, Jersey City, NJ, currently owned by the debtors and made part of this bankruptcy, or if you want the Court to consider your views on the motion, then on or before **March 3, 2014**, you or your attorney must:

A. File with the Court a written request for a hearing, and an answer explaining your position at: CLERK, UNITED STATES BANKRUPTCY COURT, PO Box 1352, Newark, New Jersey 07102. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to the following:

FRENKEL, LAMBERT, WEISS, WEISMAN & GORDON, LLP, 80 Main Street, Suite 460, West Orange, NJ 07052, Attorney for HSBC Bank USA, National Association, as Trustee on behalf of the certificate holders of the Deutsche Bank Alt-A Securities Mortgage Loan Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007-AR1, **- AND -**

Stacey L. Meisel, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039, CHAPTER 7 TRUSTEE. **- AND -**

B. Attend the hearing scheduled for **March 10, 2014 at 9:00 A.M.** in Courtroom 3D of the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey

**If you or your attorney do not take these steps, the Court may decide that you do not**

**oppose the relief sought in the motion or objection, and may enter an order granting that relief. IN ACCORDANCE WITH THE LOCAL RULES, NO HEARING WILL BE HELD UNLESS YOU FILE WRITTEN OPPOSITION IN ACCORDANCE WITH THE ABOVE PROCEDURES.**

DATE: February 10, 2014

***/s/ Sean O'Brien***

Sean O'Brien, Esq.
FRENKEL, LAMBERT, WEISS, WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052