Order Filed on
2/11/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**BECKER MEISEL LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
Stacey L. Meisel, Chapter 7 Trustee
STACEY L. MEISEL

| | |
|---|---|
| In re:<br><br>JOSEPH BIH MBEH<br><br>Debtor. | Case No. 13-34742 (NLW)<br><br>Chapter 7<br><br>Judge: Hon. Novalyn L. Winfield |

**CONSENT ORDER: (i) EXTENDING THE TIME FOR THE CHAPTER 7 TRUSTEE TO OBJECT TO DISCHARGE PURSUANT TO 11 *U.S.C.* §727; (ii) EXTENDING THE TIME FOR THE UNITED STATES TRUSTEE TO OBJECT TO DISCHARGE PURSUANT TO 11 *U.S.C.* §727; AND (iii) EXTENDING THE TIME FOR THE UNITED STATES TRUSTEE TO FILE A MOTION TO DISMISS THE WITHIN PROCEEDING PURSUANT TO 11 U.S.C. § 707(b)**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: 2/11/2014**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**Debtor: Joseph Bih Mbeh**

**Case No.: 13-34742 (NLW)**

**Caption of Order:** ***Consent Order: (i) Extending The Time For The Chapter 7 Trustee To Object To Discharge Pursuant To 11 U.S.C. §727; (ii) Extending The Time For The United States Trustee To Object To Discharge Pursuant To 11 U.S.C. §727; And (iii) Extending The Time For The United States Trustee To File A Motion To Dismiss The Within Proceeding Pursuant To 11 U.S.C. §707(b)***

---

**THIS MATTER** having been brought before the Court upon the application by Stacey L. Meisel, Chapter 7 Trustee for the above-referenced Debtor's estate, seeking a *Consent Order: (i) Extending The Time For The Chapter 7 Trustee To Object To Discharge Pursuant to 11 U.S.C. §727; (ii) Extending The Time For The United States Trustee To Object To Discharge Pursuant to 11 U.S.C. §727; and (iii) Extending The Time For The United States Trustee To File A Motion To Dismiss The Within Proceeding Pursuant to 11 U.S.C. §707(b);* and the parties having reached an amicable agreement; and the Court having reviewed the papers submitted; and for good cause shown; it is hereby

**ORDERED** that the deadline for the Chapter 7 Trustee to file an objection to discharge pursuant to 11 *U.S.C.* §727 is hereby extended for an additional forty-five (45) days up through and including March 27, 2014; and it is further

**ORDERED** that the deadline for the United States Trustee to file an objection to discharge under 11 *U.S.C.* §727 is hereby extended for an additional forty-five (45) days up through and including March 27, 2014; and it is further

**Debtor: Joseph Bih Mbeh**

**Case No.: 13-34742 (NLW)**

**Caption of Order:** ***Consent Order: (i) Extending The Time For The Chapter 7 Trustee To Object To Discharge Pursuant To 11 U.S.C. §727; (ii) Extending The Time For The United States Trustee To Object To Discharge Pursuant To 11 U.S.C. §727; And (iii) Extending The Time For The United States Trustee To File A Motion To Dismiss The Within Proceeding Pursuant To 11 U.S.C. §707(b)***

---

**ORDERED** that the period in which the United States Trustee may bring a motion to dismiss the within proceeding under 11 *U.S.C.* §707(b) is hereby extended for an additional forty-five (45) days up through and including March 27, 2014; and it is further

**ORDERED** that these extensions are without prejudice to the Trustee seeking additional extensions of these deadlines.

**CONSENTED TO:**

**TRENK, DIPASQUALE, DELLA FERA & SODONO, P.C.**
Attorneys for the Debtor

By: ______________________
Joshua H. Raymond

**JOSEPH BIH MBEH**
Debtor

By: ______________________
Joseph Bih Mbeh

**BECKER MEISEL LLC**
Stacey L. Meisel, Chapter 7 Trustee

By: ______________________
Stacey L. Meisel



*Approved by Judge Novalyn L. Winfield February 11, 2014*