**B18 (Official Form 18) (12/07)**

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 13−34742−NLW
Chapter: 7
Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph Bih Mbeh
470 7th Avenue Suite 312
New York, NY 10018

Social Security No.:
xxx−xx−8702

Employer's Tax I.D. No.:

---

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: February 14, 2014

Novalyn L. Winfield
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Joseph Bih Mbeh
Debtor

Case No. 13-34742-NLW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2 Date Rcvd: Feb 14, 2014
Form ID: b18 Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2014.

db +Joseph Bih Mbeh, 470 7th Avenue Suite 312, New York, NY 10018-7256
aty +Mcelroy, Deutsch, Mulvaney & Carpenter LLP, 40 W. Ridgewood Avenue, Ridgewood, NJ 07450-3136
cr +HSBC Bank USA, National Association, as Trustee on, c/o Select Portfolio Servicing, Inc., 3815 South West Temple, Salt Lake City, UT 84115-4412
cr +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437
514348321 +Adeline Mbeh Tah, 101 31 Ellard Dr, Lanham, MD 20706-2082
514348322 +American Imaging of Jersey City, 155 State Street, Hackensack, NJ 07601-5419
514449174 +BM Motor Cars, 1453 Lawrence Street, Rahway, NJ 07065-5177
514348323 Chase, PO Box 78420, Phoenix, AZ 85062-8420
514348324 Chase Home Loan, PO Box 78420, Phoenix, AZ 85062-8420
514348325 +DirectTV, c/o CBE Group, 1309 Technology Parkway, Cedar Falls, IA 50613-6976
514348326 +Donald B. Pelmann, MD, 25 Kensington Avenue, Jersey City, NJ 07304-2091
514348327 +ENT and Allergy, 5200 Stoneham Road, North Canton, OH 44720-1584
514348328 +First Tennesse/Horizon Home Loans, PO Box 1469, Knoxville, TN 37901-1469
514348329 +Frenkel Lambert, 80 Main Street, Suite 460, West Orange, NJ 07052-5414
514348330 +Golds Gym New Jersey, c/o First Card Services, 371 Hoes Lane Suite 300B, Piscataway, NJ 08854-4143
514348331 HSBC Bank USA NA, PO Box 1231, Brandon, FL 33509-1231
514348332 +Jersey City Tax Collector, 280 Grove Street, Attn: Maureen Cosgrove, Jersey City, NJ 07302-3610
514348333 +Khaleah London, 294 Randolph Avenue, Jersey City, NJ 07304-2828
514348335 NJ Superior Court-Hudson County, PO Box 82013, Attn: Court Officer Louis Soto Rios, North Bergen, NJ 07047
514348336 +NJ Superior Court-Hudson County, PO Box 8203, Attn: Court Officer Louis Soto, North Bergen, NJ 07047-8203
514348338 +PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747
514348339 +PSE&G, 5 Century Road, South Plainfield, NJ 07080-1301
514348337 +Phelan Hallinan & Diamond, P.C., 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437
514348340 Select Portfolio Servicing Inc, PO box 65250, Salt Lake City, UT 84165-0250
514348341 +St Lukes Roosevelt Hopsital, PO Box 95000-2468, Philadelphia, PA 19195-0001
514348343 +Taneicha Thomas, 315 Madison Ave #901, New York, NY 10017-5427
514348344 Tax Collector Washington, DC, PO Box 98095, Washington, DC 20090-8095
514348345 +United Water New Jersey, 69 DeVoe Place, Hackensack, NJ 07601-6105
514348347 Wells Fargo, 1 Home Campus, West Des Moines, IA 50266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg +E-mail/Text: leah.bynon@usdoj.gov Feb 14 2014 22:03:32 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2523
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2014 22:03:28 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
514348342 +EDI: AISTMBL.COM Feb 14 2014 21:38:00 T-Mobile USA, Bankruptcy Department, PO Box 53410, Bellevue, WA 98015-3410
514348346 +EDI: MID8.COM Feb 14 2014 21:38:00 Verizon, c/o Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255

TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr Khaleah London
514348334* +Khaleah London, 294 Randolph Ave, Jersey City, NJ 07304-2828

TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2014 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2014 at the address(es) listed below:

Eric R. Perkins on behalf of Trustee Stacey L. Meisel eperkins@mdmc-law.com, dmazlish@mdmc-law.com;tcolombini@mdmc-law.com
Jennifer R. Gorchow on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com, Erika.olsen@fedphe.com
John Philip Schneider on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
Joshua H. Raymond on behalf of Debtor Joseph Bih Mbeh jraymond@trenklawfirm.com, ldilorenzo@trenklawfirm.com
Sean M. O'Brien on behalf of Creditor HSBC Bank USA, National Association, as Trustee on behalf of the certificate holders of the Deutsche Bank Alt-A Securities Mortgage Loan Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007 sobrien@flwlaw.com
Stacey L. Meisel slmeisel@beckermeisel.com, maferrentino@beckermeisel.com;mcarey@beckermeisel.com;ecf.alert+Meisel@titlexi.com
Stacey L. Meisel on behalf of Trustee Stacey L. Meisel slmeisel@beckermeisel.com, maferrentino@beckermeisel.com;mcarey@beckermeisel.com;ecf.alert+Meisel@titlexi.com
William M.E. Powers, III on behalf of Creditor Wells Fargo Bank, N.A. ecf@powerskirn.com

TOTAL: 8