UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**7/14/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Joseph Bih Mbeh,

Case No.: 13-34742

Hearing Date: July 14, 2014

Chapter: 7

Judge Novalyn L. Winfield

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through ___2______ is hereby **ORDERED**.

**DATED: 7/14/2014**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

---

This matter having come before the court on a motion for relief from the stay filed by Khaleah London, and it appearing to the court that Khaleah London is entitled to enforce a rent levy issued by the Superior Court of New Jersey prepetition, with regard to the rents generated by property known as 294 Randolph Avenue, Jersey City, New Jersey, and good cause appearing, it is

ORDERED, that Khaleah London is granted relief from the automatic stay to enforce the rent levy regarding rents generated by property known as 294 Randolph Avenue, Jersey City, New Jersey.