**NJID CH-8585**
PHELAN HALLINAN & DIAMOND, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOSEPH BIH MBEH A/K/A JOSEPH MBEH | : CHAPTER 7 |
| | : CASE NO. 13-34742-NLW |
| Debtor(s) | **: NOTICE OF MOTION FOR : RELIEF FROM STAY AND : CODEBTOR STAY** |

JOSEPH BIH MBEH A/K/A JOSEPH MBEH
470 7TH AVE RM 312
NEW YORK, NY 10018-7256

JOSEPH BIH MBEH
41 UNION STREET
JERSEY CITY, NJ 07304

ADELINE MBEH
41 UNION STREET
JERSEY CITY, NJ 07304

JOSHUA H RAYMOND, Esquire
347 MT PLEASANT AVE
SUITE 300
WEST ORANGE, NJ 07052

STACEY L. MEISEL, Trustee
EISENHOWER PLAZA II,
354 EISENHOWER PKWY, STE 1500
LIVINGSTON, NJ 07039

PLEASE TAKE NOTICE that on 10/20/2014, at 10:00am or as soon as counsel may be heard, the undersigned attorney for the secured creditor will move before the United States Bankruptcy Court, 50 WALNUT ST., 3RD FLOOR, NEWARK, New Jersey for an Order Vacating the Automatic Stay, with respect to property located at 41 UNION STREET, JERSEY CITY, NJ 07304 and allowing the Attorney for LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer to proceed with contractual remedies or other remedies that may be available under state law.

**PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the Movant will rely upon the Certification in Support and the proposed Order submitted herewith, as well as, oral arguments, if necessary. Pursuant to D.N.J. LBR 9013-2, Movant states that no brief or memorandum of law is necessary because of the absence of novel or

complex questions of law. However, if responsive papers are filed in opposition to the Motion, the Movant reserves the right to respond to any issues of law raised therein in the form of a brief or a memorandum of law.

Dated: September 17, 2014

/s/ John Schneider
John Schneider, Esq.
Phelan Hallinan & Diamond, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 7367
Fax: 856-813-5501
Email: john.schneider@phelanhallinan.com