Order Filed on
**10/20/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBF 9004-2(c)**

**NJID CH-8585**
PHELAN HALLINAN & DIAMOND, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer

| | |
|---|---|
| IN RE: JOSEPH BIH MBEH A/K/A JOSEPH MBEH | : CASE NO. 13-34742 -NLW |
| | : Hearing Date 10/20/2014 @ 10:00am |
| Debtor(s) | : Judge: NOVALYN L. WINFIELD |

**ORDER VACATING STAY AND CODEBTOR STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 10/20/2014**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan & Diamond, PC, attorneys for LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

□ Real Property more fully described as: 41 UNION STREET, JERSEY CITY, NJ 07304.

~~Rule 4001(a)(3) is not applicable and LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer may immediately enforce and implement this order granting relief from the automatic stay.~~

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the codebtor, ADELINE MBEH to permit LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer to pursue its rights in the real property described above and as to the co-debtor.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.