UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Newark)

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2013-4496

**Powers Kirn, LLC**
William M. E. Powers III, Esq.
Angela C. Pattison, Esq.
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Wells Fargo Bank, N.A.

In Re:

Joseph Bih Mbeh

Case No.: 13-34742-JKS

Chapter: 7

Hearing Date: August 4, 2015 at 10:00 am

Judge: Honorable John K. Sherwood

Oral Argument Waived

# NOTICE OF MOTION FOR ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

Joseph Bih Mbeh
470 7th Avenue Suite 312
New York NY 10018

Joshua Harding Raymond, Esquire
347 Mt. Pleasant Avenue Suite 300
West Orange NJ 07052

Stacey L. Meisel, Trustee
354 Eisenhower Parkway, Suite 1500
Livingston NJ 07039

PLEASE TAKE NOTICE that the undersigned attorney for Wells Fargo Bank, N.A. will apply to the United States Bankruptcy Court located at 50 Walnut Street, 3rd Floor, Newark, New Jersey, for an Order to vacate the automatic stay and to authorize the moving party to prosecute a foreclosure action on the basis of 11 U.S.C. §362(d)(1) for a lack of adequate protection and 11 U.S.C. §362(d)(2)(A) for a lack of equity from which the Trustee can pay other creditors.

TAKE FURTHER NOTICE that the moving party waives oral argument and shall be relying upon the Certification Re Calculation of Amount Due filed herewith. The property involved is known as 825 48th Street Northeast, Washington, DC 20019-3609.

STATEMENT OF NON-NECESSITY OF BRIEF: The Movant submits pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief or memorandum.

/s/ William M.E. Powers III

William M. E. Powers III
Attorney for Wells Fargo Bank, N.A.

Dated: July 8, 2015