UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Newark)

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2013-4496

**Powers Kirn, LLC**
William M. E. Powers III, Esq.
Angela C. Pattison, Esq.
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Wells Fargo Bank, N.A.

**Order Filed on August 6, 2015 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Joseph Bih Mbeh

Case No.: 13-34742-JKS

Chapter: 7

Hearing Date: August 4, 2015

Judge: Honorable John K. Sherwood

| | | |
|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified |

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2015**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorneys for Wells Fargo Bank, N.A. ("Wells Fargo") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 825 48th Street Northeast, Washington, DC 20019-3609

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.