Form 177 − fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 13−34742−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph Bih Mbeh
470 7th Avenue Suite 312
New York, NY 10018

Social Security No.:
xxx−xx−8702

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Jay L. Lubetkin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 24, 2017

John K. Sherwood
Judge, United States Bankruptcy Court